IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSCOE BROWN, JR., | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT | : | |
| M.W. HARLOW, et al., | : | NO. 11-2001 |
|     Respondents. | : | |

## ORDER

LEGROME D. DAVIS, J.

AND NOW, this 6th day of Sept., 2011, upon careful and independent consideration of the petition for Writ of *Habeas Corpus,* and after review of the Report and Recommendation of the United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

                              BY THE COURT:

                              /s/ **Legrome D. Davis**

                              LEGROME D. DAVIS, J.